UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

SHELDON JAMES BIDDLE

CASE NO. 6:25-cr-162-RBD-DCI
18 U.S.C. § 871(a)
(Threat to Kill President of the United States)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threat to Kill President of the United States)

On or about April 2, 2025, in the Middle District of Florida, and elsewhere, the defendant,

SHELDON JAMES BIDDLE,

did knowingly and willfully make a threat to take the life of the President of the United States in a series of online posts, specifically indicating that the President was going to get assassinated for engaging in treason, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 871(a).

A TRUE BILL,

███████████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: *Rachel Lasry*
RACHEL LASRY
Assistant United States Attorney

By: *[signature]*
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
6/4/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

### THE UNITED STATES OF AMERICA

vs.

### SHELDON JAMES BIDDLE

### INDICTMENT

Violation: 18 U.S.C. § 871(a)

A true bill,

_____
Foreperson

Filed in open court this 4th day of June, 2025.

_____
Clerk

Bail $_____

GPO 863 525