UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA
6.4.2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.    CASE NO. 6:25-cr-162-RBD-DCI

SHELDON JAMES BIDDLE

## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for SHELDON JAMES BIDDLE, against whom an indictment was returned in the Orlando Division of the Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Rachel Lasry
RACHEL LASRY
Assistant United States Attorney
Florida Bar No.: 1051371
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: rachel.lasry@usdoj.gov