UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:25-cr-162-RBD-DCI | DATE: | June 11, 2025 |
|---|---|---|---|
| **HONORABLE DAVID A. BAKER** | | INTERPRETER: | N/A |
| **UNITED STATES OF AMERICA**<br>v.<br>SHELDON JAMES BIDDLE | | LANGUAGE: | N/A |
| | | ASSISTANT U.S. ATTORNEY:<br>Vitaly Kats | |
| | | DEFENSE COUNSEL:<br>Rachel Lasry | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | L. Jernigan |
| TIME | 3:24 P.M.-3:26 P.M.  **TOTAL:** 2 minutes | PRETRIAL: | |
| | | COURTROOM: | 6D |

**PROCEEDINGS: STATUS CONFERENCE**

Case called, appearances made, procedural setting by the Court.
Defendant reserves the right to a detention hearing without prejudice. Order to be entered.
Court adjourned.