UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:25-cr-162-RBD-DCI**

**SHELDON JAMES BIDDLE**

AUSA: Courtney Richardson-Jones
Defense Attorney: Vitaliy Kats, FPD

| JUDGE: | **ROY B. DALTON, JR.**<br>United States<br>District Judge | DATE AND TIME: | **January 8, 2026**<br>8:41 A.M. – 8:46 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Estrella Melians | REPORTER: | Amie First<br>amiefirst.courtreporter<br>@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |
| TOTAL TIME | 5 minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called; appearances made by counsel.

For the reasons stated on the record, the Court continues the case to the March 2026 trial term with no objections from the parties.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today, January 8, 2026, until and including March 31, 2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Jury trial set for March 2, 2026, trial term.

Status Conference set for February 12, 2026, at 10:00 AM.

New plea deadline set for February 19, 2026.

Court is adjourned.