UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:25-cr-162-RBD-DCI

**SHELDON JAMES BIDDLE**

AUSA: Courtney Richardson-Jones
Defense Attorney: Vitaliy Kats, FPD

| Judge: | **ROY B. DALTON, JR.** United States District Judge | Date and Time: | **February 26, 2026** 10:03 A.M. – 10:53 A.M. |
|---|---|---|---|
| Deputy Clerk: | Regina Fermer | Reporter: | Amie First Amiefirst.courtreporter @gmail.com |
| Interpreter: | N/A | Pretrial/Prob: | N/A |
| Total Time | 50 Minutes | | |

### CLERK'S MINUTES - PLEA HEARING

Case called; appearances made.

The defendant was placed under oath.

The court inquires of the defendant: No issue as to competency.

The court advises the defendant of his rights, sentencing guidelines, and reviews the notice of maximum penalties as stated on the record.

The Government read the factual basis into the record and stipulated to by the parties.

The defendant enters a plea of guilty as to Counts One and Two of the Superseding Indictment and acknowledges that the factual basis is true.

Court accepts the Defendant's plea.

Defense makes ore tenus motion to stay adjudication of guilt pending sentencing. Government objects to the ore tenus motion.

The Court **grants** the ore tenus motion to stay adjudication of guilt and withholds adjudication of guilt. The Defendant will remain on pretrial release pending sentencing.

Sentencing set for June 1, 2026 @ 10:00 am.

The Court orders a Presentence Investigation Report.

Court is adjourned.