UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:25-cr-162-RBD-DCI**

**SHELDON JAMES BIDDLE**

AUSA: Courtney Richardson-Jones
Defense Attorney: James T. Skuthan, FPD

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **June 23, 2026** 1:33 P.M. – 2:24 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Estrella Melians | REPORTER: | Amie First amiefirst.courtreporter@ gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME: | 51 Minutes | | |

**CLERK'S MINUTES – SENTENCING (DAY 1)**

Case called; appearances made.

The Court hears arguments and reserves ruling on the Defendant's objections.

Sentencing hearing to be continued by separate notice.

Oral arguments presented by the parties.

Witness (unsworn)
Harold Ruch

All terms and conditions of pretrial release remain in effect.

Court is adjourned.